UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

TOMSIK PHOTOGRAPHY, LLC,

    Plaintiff,

vs.

THE PRESCOTT COMPANIES, LLC, *et al.*,

    Defendants.

2:15-cv-01428-JCM-VCF

**ORDER**

    Before the Court is Defendant Always and Forever Lakeshore Events, LLC's Motion to Amend Its Answer to Add a Third Party Complaint (ECF No. 23).

    Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.  No opposition has been filed.  Here, it would seem that Plaintiff has consented to the granting of the instant motion.

    Accordingly,

    IT IS HEREBY ORDERED that Defendant Always and Forever Lakeshore Events, LLC's Motion to Amend Its Answer to Add a Third Party Complaint (ECF No. 23) is GRANTED.  The amended answer must be filed on or before October 5, 2016.

    DATED this 28th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE