UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TOMSIK PHOTOGRAPHY, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> ALWAYS AND FOREVER LAKESHORE EVENTS, LLC, et al., <br><br> Defendant(s). | Case No. 2:15-CV-1428 JCM (VCF) <br><br> ORDER |

Presently before the court is the matter of *Tomsik Photography, LLC v. Always and Forever Lakeshore Events, LLC*, case no. 2:15-cv-01428-JCM-VCF.

On October 18, 2017, the clerk of court filed a notice of intent to dismiss pursuant to Local Rule 41-1, indicating that if no action was taken in the case within 30 days, the court would enter an order of dismissal for want of prosecution. (ECF No. 31). Since that date, no action has been taken in the case.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's claims against defendants in the matter of *Tomsik Photography, LLC v. Always and Forever Lakeshore Events, LLC*, case no. 2:15-cv-01428-JCM-VCF, be, and the same hereby are, DISMISSED without prejudice.

DATED March 21, 2018.

                                          /s/ James C. Mahan
                                          UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**